UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 22 2006 ★
BROOKLYN OFFICE

---------------------------------------------X

ROGER THOMPSON,

    Petitioner,

-against-

JOSEPH T. SMITH, Superintendent,

    Respondent.

---------------------------------------------X

**CIVIL JUDGMENT**

06-CV-1253 (RJD)

Pursuant to the Court's order issued on __5/18/06__ dismissing the petition for a writ of habeas corpus under 28 U.S.C. § 2254, it is,

**ORDERED, ADJUDGED AND DECREED:** That the petition is hereby dismissed as time-barred. 28 U.S.C. § 2244(d)(1). As petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. 28 U.S.C. § 2253(c). The Court certifies pursuant to 28 U.S.C. § 1915(a) that any appeal from the order would not be taken in good faith and therefore *in forma pauperis* is denied for the purpose of an appeal.

Dated: Brooklyn, New York
      May 18, 2006

                              s/Raymond Dearie
                              RAYMOND J. DEARIE
                              United States District Judge